RECEIVED

SEP 21  11 32 AM '04

FINANCIAL
DISC telephone: (352) 380-2415
Facsimile: (352) 380-2415

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**401 S.E. FIRST AVENUE**
**GAINESVILLE, FL 32601**

**MAURICE M. PAUL**
**SENIOR UNITED STATES DISTRICT JUDGE**

September 16, 2004

Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C.  20544

Re: Calendar Year 2003 Filing

In reference to your letter of August 4, 2004, I wish to file the following explanation as to the items you referenced in Part VII:

Line 5 and 10 - 13: no income received from any of these listed sources.

Lines 2, 5, 10, 12, and 13: all of these assets were disposed of during the reporting period. The only stock not disposed of was the Walt Disney Stock and that value at the end of the reporting period was reported.

I enclose three copies of this letter as directed and hope this response satisfactorily completes my Year 2003 submission.

Very truly yours,



Maurice M. Paul

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) PAUL, MAURICE M | 2. Court or Organization Northern District of Florida | 3. Date of Report 06/09/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior District Judge | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial  ⦿ Annual  ○ Final | 6. Reporting Period 01/01/2003 to 12/31/2003 |
| 7. Chambers or Office Address 401 S.E. 1st Ave. Gainesville, Fl 32601-6805 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| [X] NONE (No such reportable reimbursements.) | | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| [X] NONE (No such reportable gifts.) | | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| [X] NONE (No reportable liabilities.) | | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES:J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
0=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

| Name of Person Reporting | Date of Report |
|---|---|
| PAUL, MAURICE M | 06/09/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. | | | | | | | | | |
| 2. AT&T COMMON STOCK | A | Dividend | J | T | sale | 12/03 | J | | |
| 3. | | | | | | | | | |
| 4. WALT DISNEY STOCK | A | Dividend | J | T | NONE | | | | |
| 5. AVAYA | | | J | T | sale | 12/03 | J | | |
| 6. CHECKING ACCOUNT CAPITAL CITY NATIONAL BANK | | None | J | T | | | | | |
| 7. AMSOUTH BANK - WINTER PARK | | None | J | T | | | | | |
| 8. NATIONS BANK -ORLANDO | | None | J | T | | | | | |
| 9. | | | | | | | | | |
| 10. AT&T Wireless (AWE) Spin-off from AT&T | | | J | T | sale | 12/03 | J | | |
| 11. U.S.Savings Bonds (face value) | | | K | V | Purchases | 2003 | J | | |
| 12. Comcast Stock | | | J | | sale | 12/03 | J | | |
| 13. Agere | | | J | | sale | 12/03 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | PAUL, MAURICE M | 06/09/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

No basic changes from previous years except all stocks, incuding spin-offs therefrom, were disposed off during 2003, with the exception of Walt Disney stock, which has been retained. The sales did not result in any capital gains.

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.



Signature _____      Date *June 9, 2004*

Note:      Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

RECEIVED

SEP 21 II 32 AM '04

FINANCIAL
DISClosure

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF FLORIDA
### 401 S.E. FIRST AVENUE
### GAINESVILLE, FL 32601

**MAURICE M. PAUL**
**SENIOR UNITED STATES DISTRICT JUDGE**

Telephone: (352) 380-2415
Facsimile: (352) 380-2635

September 16, 2004

Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: Calendar Year 2003 Filing

In reference to your letter of August 4, 2004, I wish to file the following explanation as to the items you referenced in Part VII:

Line 5 and 10 - 13: no income received from any of these listed sources.

Lines 2, 5, 10, 12, and 13: all of these assets were disposed of during the reporting period. The only stock not disposed of was the Walt Disney Stock and that value at the end of the reporting period was reported.

I enclose three copies of this letter as directed and hope this response satisfactorily completes my Year 2003 submission.

Very truly yours,



Maurice M. Paul

RECEIVED

SEP 21  11 32 AM '04

FINANCIAL
DISC Telephone: (352) 380-2415
Facsimile: (352) 380-2432

**MAURICE M. PAUL**
**SENIOR UNITED STATES DISTRICT JUDGE**

September 16, 2004

Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C.  20544

Re: Calendar Year 2003 Filing

In reference to your letter of August 4, 2004, I wish to file the following explanation as to the items you referenced in Part VII:

  Line 5 and 10 - 13: no income received from any of these listed sources.

  Lines 2, 5, 10, 12, and 13: all of these assets were disposed of during the reporting period. The only stock not disposed of was the Walt Disney Stock and that value at the end of the reporting period was reported.

  I enclose three copies of this letter as directed and hope this response satisfactorily completes my Year 2003 submission.



Very truly yours,

Maurice M. Paul